**Order entered August 22, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00095-CR
No. 05-12-00096-CR
No. 05-12-00097-CR

**NIX, THOMAS LEE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 3
Collin County, Texas
Trial Court Cause Nos. 003-82321-10, 003-82323-10, 003-82324-10**

## ORDER

The Court **GRANTS** appellant's August 20, 2013 second motion for extension of time to file appellant's brief.

We **ORDER** court reporter Denise Y. Condran to file a supplemental reporter's record within **THIRTY DAYS** from the date of this order that includes a transcript of all pre-trial hearings.  No further extensions will be granted.

We **ORDER** appellant to file the brief within **SIXTY DAYS** from the date of this order. No further extensions will be granted.  If the brief is not filed within the specified time period, the appeal will proceed without the brief.

/s/    LANA MYERS
       JUSTICE